IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CARRIE BRITTINGHAM-STOUT,       )
                             )
          Plaintiff,        )
                             )
     v.                      )     Civil Action No. 04-912-KAJ
                             )
BANK ONE NA,               )
                             )
          Defendant.      )

## ORDER

At Wilmington, Delaware, this **15th** day of **April, 2005**, plaintiff having

failed to inform the Court of her intention to pursue this litigation as directed in the

Court's order issued on March 28, 2005 (D.I. 3);

IT IS ORDERED that the above captioned action shall be dismissed for failure to

prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE